UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| NICOLE PATTERSON, | ) | |
| | ) | Civil Action No. 1:15-CV-94-WO-JEP |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| J.M. ADJUSTMENT SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by

and through their undersigned counsel, hereby stipulate and agree to dismiss this action **with**

**prejudice**.  Each party shall bear the costs it incurred in this action except as otherwise agreed

between the parties.

Respectfully submitted, this the 28th  day of October, 2015.

THOMPSON CONSUMER LAW GROUP, PLLC

By: /s/ Holly E. Dowd
  Holly E. Dowd
N.C. State Bar No. 37533
822 Camborne Place
Charlotte, North Carolina 28210
(888) 595-9111, ext. 260
hdowd@consumerlawinfo.com

  David N. McDevitt*
AZ State Bar No. 030761
5235 E. Southern Ave., D106-618
Mesa, Arizona 85206
(602) 845-5969
DMcDevitt@consumerlawinfo.com
*Admitted under Special Appearance

*Attorneys for Plaintiff Nicole Patterson*

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: /s/ D. Martin Warf
    D. Martin Warf
N.C. State Bar No. 32982
4140 Parklake Avenue
GlenLake One, Suite 200
Raleigh, North Carolina 27612
(919) 329-3881
martin.warf@nelsonmullins.com

    Joseph R. Fullenkamp*
BARNES & THORNBURG LLP
In. Bar No. 14246-71
600 1st Source Bank Center
100 North Michigan Street
South Bend, Indiana 46601-1632
Telephone:574-233-1171
Facsimile:574-237-1125
joseph.fullenkamp@btlaw.com
* Admitted under Special Appearance

*Attorneys for Defendant J.M. Adjustment Services, LLC*

<u>CERTIFICATE OF SERVICE</u>

The undersigned attorney hereby certifies that a true copy of the foregoing Stipulation of Dismissal was filed with the Clerk of Court using the CM/ECF system, which will electronically serve counsel of record:

Holly E. Dowd
Thompson Consumer Law Group, PLLC
822 Camborne Place
Charlotte NC 28210

David N. McDevitt
Thompson Consumer Law Group, PLLC
5235 E. Southern Ave., D106-618
Mesa, AZ 85206

This the 28th day of <u>October</u>, 2015.

By: <u>/s/ D. Martin Warf</u>
D. Martin Warf (N.C. Bar No. 32982)
Attorney for Defendant
NELSON MULLINS RILEY & SCARBOROUGH LLP
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612
Ph: (919) 877-3000
Email: martin.warf@nelsonmullins.com